CLERK'S OFFICE
A TRUE COPY
Sep 24, 2020
/s/ Daryl Olszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>MEGA's downloaded digital content of Beck's MEGA account – Macgwire532@gmail.com located at the FBI Milwaukee Office located at 3600 S. Lake Drive, St. F | Case No. 20 MJ 203 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the **Eastern** District of **Wisconsin**
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before **October 8, 2020** *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to **William E. Duffin, U.S. Magistrate Judge**.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ____

Date and time issued: **September 24, 2020 at 8:18 AM**

*Judge's signature* (William E. Duffin)

City and state: **Milwaukee, Wisconsin**

William E. Duffin, U.S. Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 30SI-MW-2245124 | Date and time warrant executed: 9-29-2020 @ 0850 AM | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

MEGA Account Content For MACgwire532@gmail.com

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10-1-2020

_____
Executing officer's signature

Dickson Wo, FBI-TFO
Printed name and title

## ATTACHMENT A

### Property to Be Searched

The property to be searched is the entire digital contents of the MEGA account(s) associated with the following:

MEGA's downloaded digital content of Beck's MEGA account – Macgwire532@gmail.com located at the FBI –Milwaukee Office located at 3600 S. Lake Drive, St. Francis, WI 53235, Room 3260 "Innocent Images".

## ATTACHMENT B

### Particular Items to be Seized

a. The contents of all folders associated with the account, including stored or preserved copies of files sent to and from the account, the source and destination addresses associated with file, and the date and time at which each file was sent;

b. All transactional information of all activity of the MEGA accounts described above, including log files, messaging logs, records of session times and durations, dates and times of connecting, and methods of connecting: and emails "invites" sent or received via MEGA and any contact lists.

c. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

d. All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

e. All records pertaining to communications between MEGA and any person regarding the account or identifier, including contacts with support services and records of actions taken.

f.  All information described above that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 2252A involving the account(s) associated with the MEGA account referenced in Attachment A pertaining to the possession and distribution of child pornography images and/or videos.